Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To: Clerk, U.S. Bankruptcy Court

Re: UNDISTRIBUTED FUNDS

Case No.: 6:18-bk-13394-MH

Debtor(s): WILLIAM EDWARD WALL, JR.
1410 W. JOHNSTON AVENUE
HEMET, CA 92543

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| WILLIAM EDWARD WALL, JR. | $564.30 |
| 1410 W. JOHNSTON AVENUE HEMET, CA 92543 | |

Dated: 11/28/18

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| ROD DANIELSON, Chapter 13 Trustee | | | | Check #.: **0634579** | | |
| --- | --- | --- | --- | --- | --- | --- |
| Payee: US BANKRUPTCY COURT | | | | Date: Nov 28, 2018 | | |
| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
| 1813394 | WILLIAM EDWARD WALL, JR. | | 00000 | 564.30 | 0.00 | 564.30 |
| PLEASE DETATCH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT | | | TOTALS: | 564.30 | 0.00 | 564.30 |

