| | |
|---|---|
| 1 | Rod Danielson |
| 2 | Chapter 13 Trustee |
| | 3787 University Avenue |
| 3 | Riverside, CA 92501 |
| | Tel. (951) 826-8000, Fax (951) 826-8090 |

**AMENDED**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:       Clerk, U.S. Bankruptcy Court

Re:       UNDISTRIBUTED FUNDS

Case No.: 6:14-bk-19319-MH

Debtor(s): EDWARD JENNINGS KIDWELL
17065 LA VESU RD
FONTANA, CA 92337-7913

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| EDWARD JENNINGS KIDWELL | $58.31 |
| 17065 LA VESUU RD. | |
| FONTANA, CA 92337-7913 | |

Dated: 11/28/18

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| | | | | | | |
|---|---|---|---|---|---|---|
| ROD DANIELSON<br>CHAPTER 13 TRUSTEE<br>3787 University Avenue<br>Riverside, CA 92501<br>Tel. (951) 826-8000 | EDWARD JENNINGS KIDWELL<br>CASE: 6:14-bk-19319-MH<br>BALANCE: [0.00 Claim:00000]<br>ACCT:<br>PRINCIPAL: 58.31<br>INTEREST: 0.00 | | 90-4280<br>1220 | American Business Bank<br>Inland Empire Region<br>523 W Sixth Street, Suite 900<br>Los Angeles, CA 90014<br>Tel (213) 430-4000 | **CHECK NUMBER**<br>**0634578** | |



$$58.31$$

| CHECK DATE | AMOUNT |
|---|---|
| Nov 28, 2018 | *********58.31** |

VOID 45 DAYS FROM DATE

**PAY** Fifty Eight And 31/ 100 Dollars

**TO THE ORDER OF**
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

0634578

*Rod Danielson*

⑆0634578⑆ ⑈122042807⑈ 05198500⑆

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

---

**ROD DANIELSON, Chapter 13 Trustee**
Payee: US BANKRUPTCY COURT

Check #.: **0634578**
Date: Nov 28, 2018

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 1419319 | EDWARD JENNINGS KIDWELL | | 00000 | 58.31 | 0.00 | 58.31 |

| | | | | | |
|---|---|---|---|---|---|
| PLEASE DETATCH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT | | TOTALS: | 58.31 | 0.00 | 58.31 |